
**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-04137

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Rose M. Forbes<br>        Debtors.<br>_____<br>Central Mortgage Company<br>        Movant,<br>    vs.<br><br>Rose M. Forbes, Debtors; Maureen Gaughan, Trustee.<br><br>        Respondents. | No. 2:10-bk-02565-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #10)<br><br>Hearing Date: March 25, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated **effective June 1, 2010** as to Movant with respect to that certain real property which is subject of a Deed of Trust dated March 4, 2005, and recorded in the office of the Maricopa County Recorder wherein Central Mortgage Company is the current beneficiary and Rose M. Forbes have an interest in, further described as:

LOT 2, PEBBLECREEK UNIT TWENTY FIVE, ACCORDING TO BOOK 532 OF MAPS, PAGE 45, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

_____
UNITED STATES BANKRUPTCY JUDGE